## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF MISSISSIPPI
## GREENVILLE DIVISION

| | |
|---|---|
| **INDEMNITY INSURANCE COMPANY** )<br>**OF NORTH AMERICA**, a Pennsylvania )<br>corporation, as subrogee of **OMEGA** )<br>**PLANTATIONS PARTNERSHIP**, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>**DEERE & COMPANY**, a Delaware )<br>corporation, )<br>)<br>Defendant. ) | Civil Action File Number<br><br>2:11-cv-00260-GHD-JMV |

_____

## CONSENT ORDER
_____

For good cause shown and upon the *ore tenus* consent motion of the parties, the Court herewith extends the deadline for dispositive and *Daubert* motions in this matter from February 15, 2013, to March 1, 2013. Defendant's expert witnesses could not be made available for deposition prior to the expiration of discovery on January 31, 2013. On February 21, 2013, the two expert witnesses identified by Defendant Deere will be deposed by agreement of the parties. One of the two expert witnesses identified is an employee of Deere, and that witness will also be deposed on that date as a corporate designee in a very limited 30(b)(6) deposition with respect to topics that were provided by plaintiff to defendant's counsel on January 25, 2013. Defendant has no objections to the topics as provided on that date. The only depositions to be taken out of time are the

ones agreed to by the parties scheduled for February 21, 2013.  No other deadlines set by the scheduling order in this matter are affected by this extension and **no other extension of discovery is sought by the parties or allowed by this Order**.

     **SO ORDERED** this 5th day of February, 2013.

                                   /s/ Jane M. Virden_____
                                   U.S. Magistrate Judge
                                   Northern District of Mississippi

**WE CONSENT:**

*/s/ Jefferson C. McConnaughey*
_____
Jefferson C. McConnaughey
Pro Hac Vice
Attorney for plaintiff Indemnity Ins. Co.
Cozen O'Connor
SunTrust Plaza, Suite 2200
303 Peachtree Street NE
Atlanta, Georgia  30308
(404) 572-2000
(404) 572-2199 (facsimile)
jmcconnaughey@cozen.com

**Local Counsel:**
Heath S. Douglas, MSB No. 102313
Lake Tindall, LLP
P. O. Box 918
Greenville, Mississippi  38702-0918
((662) 378-2121
(662) 378-2183 (facsimile)
hdouglass@ltindall.com

*/s/ William P. Thomas*
William P. Thomas (#102209)
Butler Snow, O'Mara, Stevens & Cannada, PLLC
P. O. Box 6010
Ridgeland, Mississippi  39158-6010
(601) 985-4432
(601) 985-4500 (facsimile)
Will.Thomas@butlersnow.com